## SCOTT, AUDITOR, ET AL. *v.* CITIZENS TRUST COMPANY, GUARDIAN.

[No. 9,009. Filed November 25, 1914. Rehearing denied January 6, 1915.]

From Knox Circuit Court; *Benjamin Willoughby,* Judge.

Action by the Citizens Trust Company, Guardian of Guy O. Fisher, against John T. Scott, as Auditor of Knox County, and

another.    From a judgment for plaintiff, the defendants appeal. *Affirmed.*

*Thomas M. Honan*, Attorney-General, *W. M. Alsop*, *James M. House* and *Edwin Corr*, for appellants.

*L. A. Meyer*, *James W. Emison*, *W. H. Hill* and *C. B. Kessinger*, for appellee.

IBACH, J.—All the questions presented by this appeal have been decided in the case of *Scott* v. *Barr* (1915), *ante* 508, 106 N. E. 891, and upon the authority of that case the judgment is affirmed.